UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DENNIS RAY DAVIS JR. | CIVIL ACTION NO. 5:17-CV-1230-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| ROBERT WYCHE, ET AL. | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that plaintiff's complaint is DENIED and DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(b) and § 1915A.

All other pending motions are hereby DENIED AS MOOT.

SHREVEPORT, LOUISIANA, this 15th day of December 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE